UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                          CHAPTER 7

LAWRENCE BROTHERS INC                           CASE NO. 01-71694-MLB

Debtor(s).                                      HON. MANUEL BARBOSA

**FINAL DISTRIBUTION REPORT**

I, DANIEL M. DONAHUE, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $77,544.68 |
| Chapter 11 Administrative Expenses: | $148,217.61 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$225,762.29** |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $90,114.60 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| | Daniel M. Donahue<br>Trustee Compensation | $16,842.16 | $16,842.16 |
| | McGreevy Williams<br>Attorney for Trustee Fees | $72,201.00 | $59,793.00 |
| | McGreevy Williams<br>Attorney for Trustee Expenses | $1,071.44 | $909.52 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 529,597.89 | 28.0 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 00560 | U.S. Trustee's Office<br>Trustee Expenses | $250.00 | $250.00 |
| 00345 | A & B Freight Lines<br>Other Prior Chapter Administrative Expenses | $773.85 | $216.31 |
| | Baines Builders Products<br>Other Prior Chapter Administrative Expenses | $1,935.38 | $540.99 |

| | | |
|---|---:|---:|
| Broski Enterprises<br>Other Prior Chapter Administrative Expenses | $7,395.02 | $2,067.11 |
| Burton Placement Service, Inc.<br>Other Prior Chapter Administrative Expenses | $3,915.00 | $1,094.35 |
| C. Hager & Son's Hinge<br>Other Prior Chapter Administrative Expenses | $30,000.00 | $8,385.85 |
| Ca Cunningham Company<br>Other Prior Chapter Administrative Expenses | $3,642.57 | $1,018.20 |
| Double Star Machine Shop<br>Other Prior Chapter Administrative Expenses | $2,700.00 | $754.73 |
| Estes Express Lines<br>Other Prior Chapter Administrative Expenses | $15,000.00 | $4,192.92 |
| Foley And Lardner, LLP<br>Other Prior Chapter Administrative Expenses | $33,288.93 | $9,305.19 |
| Gibson Associates, Sinc.<br>Other Prior Chapter Administrative Expenses | $5,578.08 | $1,559.23 |
| Gould & Ratner<br>Other Prior Chapter Administrative Expenses | $83,838.18 | $23,435.13 |
| Great Plains Packing Systems<br>Other Prior Chapter Administrative Expenses | $1,500.00 | $419.29 |
| Keystone Consulting Group<br>Other Prior Chapter Administrative Expenses | $61,324.96 | $17,142.05 |

| | | |
|---|---:|---:|
| Marilou Lawrence<br>Other Prior Chapter Administrative Expenses | $8,000.00 | $2,236.22 |
| Morris Anderson & Associates, Ltd.<br>Other Prior Chapter Administrative Expenses | $73,369.61 | $20,508.87 |
| National Telemanagement Consultants<br>Other Prior Chapter Administrative Expenses | $1,874.49 | $523.97 |
| Peak Sales & Marketing<br>Other Prior Chapter Administrative Expenses | $2,437.35 | $681.31 |
| Pension Benefit Guaranty Board<br>Other Prior Chapter Administrative Expenses | $88,543.58 | $24,750.42 |
| Premium Oil Company<br>Other Prior Chapter Administrative Expenses | $700.00 | $195.67 |
| R & L Carriers, Inc.<br>Other Prior Chapter Administrative Expenses | $36,850.00 | $10,300.61 |
| S & K Sales<br>Other Prior Chapter Administrative Expenses | $2,015.03 | $563.26 |
| Sales Professionals<br>Other Prior Chapter Administrative Expenses | $2,249.13 | $628.70 |
| Steel Technologies<br>Other Prior Chapter Administrative Expenses | $15,000.00 | $4,192.92 |
| Todd Burud<br>Other Prior Chapter Administrative Expenses | $8,506.07 | $2,377.69 |

| 00440 | W.H. Overton Ltd.<br>Other Prior Chapter Administrative<br>Expenses | $38,910.66 | $10,876.62 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN/ BARRED (DESIGNATE) |
|---|---|---|---|---|

Trustee did not review priority or general unsecured claims. The following claims were disallowed during the review of the administrative claim process.

Jeanette Nicklaus (Claim Numbers 515 and 646).
Atlas Specialty Products (Claim Numbers 67, 514 and 569).
Andrew's International Co., Ltd. (Claim Numbers 152 and 659).
CIT Communications Finance Corp. (Claim Numbers 197 and 198).

Amcore Investment Group N.A. (Claim Number 263).
Parker Group, Inc. (Claim Number 248).
CH Robinson Co. (Claim Numbers 286 and 524).
Lund Manufacturing Co., Inc. (Claim Number 319).
Solvent Systems International, Inc. (Claim Number 331).
Dove Equipment Company (Claim Number 352).
Avaya Communications/Lucent Tech (Claim Number 397).
Raymond G. Osowski (Claim Number 431).
Lynette P. Frey (Claim Number 459).
IOS Capital (Claim Number 495).
Active Screw & Fastener (Claim Number 496).
Allstar Fasteners, Inc. (Claim Number 509).
A & A Marketing, Inc. (Claim Number 644).
Con-Way Logistics (Docket Number 169).
David Church (Docket Number 177).
United Steelworkers of America (Claim Numbers 503 and 704)

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 6/8/09                          /s/ Daniel M. Donahue, Trustee